```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
DONA J. JACKSON,

                        Plaintiff,             06-CV-6364

        v.                                     ORDER

NEW YORK STATE, et al.,

                        Defendants.
_____
```

By order dated December 8, 2011, this Court denied Plaintiff's motion to vacate the referral to Magistrate Judge Marian W. Payson and ordered, as a sanction for continuously filing lengthy, repetitive and frivolous motions, that Plaintiff be prohibited from filing any further motions with the Court in this case without first seeking permission from the Court by sending a letter, no longer than <u>one</u> page, stating the relief requested and the reasons for the request. Plaintiff has now filed another "Motion for Miscellaneous Relief," which is approximately 100 pages long with two exhibits, both approximately 100 pages long. Plaintiff failed to seek permission from the Court to file the motion. Plaintiff also failed to adhere to Local Rule of Civil Procedure 7, which states that a memorandum in support of any motion shall not exceed 25 pages and that permission from the Court is required to file a longer memorandum.

Plaintiff's motion is hereby denied with prejudice for failing to follow the December 8, 2011 Order of this Court and the Local Rules of Civil Procedure. **Plaintiff is warned that further failure**

**to follow the rules of this Court may result in the dismissal of her case.**

**ALL OF THE ABOVE IS SO ORDERED.**

                                        s/Michael A. Telesca
                                            Michael A. Telesca
                                       United States District Judge

DATED: Rochester, New York
       December 29, 2011